UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                  §
                                        §   CASE NO. 02-40077
SOUTHERN LEGACY CUSTOM                  §
          HOMES, INC.                   §   Motion to Pay Funds Into The
                                        §   Registry Under 11 U.S.C. §374(A)
        Debtor(s)                       §

The undersigned Trustee reports:

___    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 x     More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 or Title 28 (28 U.S.C. 2041, et seq.)

Dated: May 5, 2010

                                        /s/ Kenneth R. Havis
                                        Kenneth R. HAVIS
                                        Chapter 7 Bankruptcy Trustee

CERTIFICATE OF SERVICE ON THE UNITED STATES TRUSTEE

TX-10
(Rev'd 10/96)

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____     Small Dividends

\_\_x\_\_     Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Western Brick Company, Inc.<br>P.O. Box 701096<br>Houston, Tx 77270-1096 | 3 | $ 2.74 |
| Bhupendra Hazari<br>c/o Craig E. Power<br>2919 Allen Pkwy, Suite 1500<br>Houston, Tx 77019 | 4 | $ 28.44 |
| Johnnye Shupe<br>c/o Robert G. Miller<br>450 Gears Rd., Suite 600<br>Houston, Tx 77067 | 6 | $ 280.46 |
| Mark Gooch Designers, Inc.<br>3920 FM 1960 West, Suite 220<br>Houston, Tx 77068 | 8 | $ 14.86 |
| Exterior Systems, Inc.<br>8450 S. Bedfrod Rd.<br>Macedonia, OH 44056 | 9 | $ 1.78 |
| Custom Doors of Texas<br>14511 Mary Jane Lane<br>Tomball, Tx 77375 | 10 | $ 1.40 |
| Bhupendra Hazari<br>c/o Craig E. Power<br>2919 Allen Pkwy, Suite 1500<br>Houston, Tx 77019 | 12 | $ 114.07 |

| | | |
|---|---|---|
| Mr. & Mrs. Jayesh Hazari<br>c/o Craig E. Power<br>2919 Allen Pkwy, Suite 1500<br>Houston, Tx 77019 | 14 | $ 125.03 |
| Balwantrai Patel<br>c/o Craig E. Power<br>2919 Allen Pkwy, Suite 1500<br>Houston, Tx 77019 | 17 | $  81.17 |